Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENAJMIN DOMINGUEZ,<br><br>Defendant. | No. 6:16-MJ-0033-MJS<br><br>STIPULATION TO EXTEND PROBATIONARY PERIOD AND CONTINUE REVIEW HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Benjamin Dominguez, by and through his attorney of record, Assistant Federal Defender Hope Alley, that the period of unsupervised probation be extended by one month to February 1, 2018 and the review hearing in the above-captioned matter set for December 19, 2017 be continued to January 23, 2018 at 10:00 a.m.

On June 6, 2016, the Court sentenced Mr. Dominguez to twelve months of unsupervised probation with the conditions that he obey all laws, pay $250 fine, and attend AA two times per week for the first six months of probation. At a review hearing on May 23, 2017, Mr. Dominguez admitted to violating probation by failing to pay his fine and failing to provide proof of AA attendance. The Court sentenced Mr. Dominguez to an additional six months of probation until January 1, 2018 with the conditions he pay

1

| | |
|---|---|
| 1 | the fine as originally ordered, and provide proof of AA attendance two times per week for |
| 2 | six months or an equivalent program, or if Mr. Dominguez resides in Laton California |
| 3 | during that time, he must provide a sworn letter from his parents that he maintained |
| 4 | sobriety during that time in lieu of AA. A review hearing was set for December 19, 2017. |
| 5 | As the Court is not available on December 20, 2017, the parties are in agreement that |
| 6 | the review hearing be continued to January 23, 2018 and probation be extended to |
| 7 | February 1, 2018 with the same terms and conditions. |

Dated: November 2, 2017  /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: November 2, 2017  /S/ Hope Alley
Hope Alley
Assistant Federal Defender
Attorney for Defendant
Benjamin Dominguez

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, probation in the matter of U.S. v. Dominguez, Case 6:16-mj-0033-MJS is extended until February 11, 2018 with all the same conditions as originally imposed and the review hearing currently set for December 19, 2017, is continued to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 5, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE