Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN VINCENT DOMINGUEZ,<br><br>Defendant. | DOCKET NO. 6:16-mj-0033-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Benjamin Vincent DOMINGUEZ has failed to attend AA or alternative form of counselling 2 times per week for 6 months or in the alternative, if he was residing in Laton California, to provide a sworn letter from his parents confirming his residence in Laton and confirming he had maintained sobriety while living in Laton.

1

As the legal officer, I am aware that DOMINGUEZ, was charged with being present in a park area while under the influence of alcohol to a degree that may endanger oneself or another person, in violation of Title 36 Code of Federal Regulations § 2.35(c); and disorderly conduct by engaging in a display or act that was obscene, physically threating or menacing. On June 29, 2016, DOMINGUEZ plead guilty to the charge of being under the influence of alcohol to a degree that may endanger oneself or another person. DOMINGUEZ was sentenced to 12 months of unsupervised probation with the conditions he pay a $250 fine at the rate of $25 per month, attend AA 2 times per week for 6 months and file proof of attendance with the Court, obey all laws, and report all new violations of the law to the Court. A review hearing was set for May 23, 2017.

On May 23, 2017, the DOMINGUEZ appeared at his review hearing. The Government alleged DOMINGUEZ violated the terms of his probation by failing to pay the fine and failing to provide proof of AA. DOMINGUEZ waived his write to be notified in writing of the probation violations, and he admitted both charges. DOMINGUEZ was sentenced to an term of unsupervised probation to end on January 1, 2018 with the conditions he pay a fine of $250 at $50 per month, provide proof of already completed AA or attend AA or comparable program 2 times weekly, or if residing in Laton California, to provide a sworn letter from his parents confirming his residence in Laton and confirming he had maintained sobriety while living in Laton, and obey all laws.

On November 6, 2017, on a stipulation from both parties, the Court entered an Order extending DOMINGUEZ probation until February 1, 2018 and setting a review hearing for January 23, 2018.

The government alleges DOMINGUEZ has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:	FAILURE TO ATTEND AA

DOMINGUEZ was ordered to attend AA or comparable program 2 times weekly, or if residing in Laton California, to provide a sworn letter from his parents confirming his

residence in Laton and confirming he had maintained sobriety while living in Laton. To date DOMINGUEZ has submitted no proof of completing AA meetings or written statement from his parents regarding his residence in Laton.

    I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

1/18/18
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

1/18/18
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California