IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>BENJAMIN DOMINGUEZ,<br><br>    Defendant. | No. 6:16-mj-00033-MJS<br><br>ORDER OF RELEASE |

The above-named defendant self-surrendered on May 21, 2018 for a warrant that was issued February 5, 2018. The court recalls the warrant and the government dismisses the Affidavit of Alleged Probation Violation in the interest of justice.

IT IS HEREBY ORDERED that the defendant shall be released May 21, 2018.

IT IS SO ORDERED.

Dated:  May 21, 2018          /s/ *Jeremy D. Peterson*
                              UNITED STATES MAGISTRATE JUDGE